**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
FIRSTRUST BANK,

                                  Plaintiff,

            -against-

SCOTT SISSKIND, JOHN REIMER, NEIL
SISSKIND, JEANNE KERAMIS, DAVID
ANAKIE, LINKUP MEDIA, INC.,

                                 Defendants.

----------------------------------------------------------X

**MEMORANDUM OF**
**DECISION AND ORDER**
09-CV-2918 (ADS)(WDW)

**APPEARANCES:**

**Schnader Harrison Segal & Lewis LLP**
Attorneys for the Plaintiff
140 Broadway, Suite 3100
New York, NY 10005
      By: Cynthia A. Murray, Esq., Of Counsel

**Lester Schwab Katz & Dwyer, LLP**
Attorneys for the Plaintiff
120 Broadway
New York, NY 10271
      By: Allison Ann Snyder, Esq., Of Counsel

**John Reimer**
Pro Se Defendant
166 Guildford Court
West Hempstead, NY 11552

**Spar & Bernstein**
Attorneys for Defendants David Anakie and Linkup Media, Inc.
225 Broadway, Suite 512
New York, NY 10007
      By: Michael Biniakewitz, Esq., Of Counsel

**SPATT, District Judge**.

On July 9, 2009, Firstrust Bank ("Firstrust") commenced this lawsuit alleging that the Defendants effected various fraudulent conveyances. On October 20, 2009, after Defendants John Reimer and Jeanne Keramis failed to answer the complaint, Firstrust filed a motion for a default judgment. The Clerk's Office subsequently issued an entry of default and United States District Judge Joanna Seybert, who was originally assigned to this case, referred the matter to United States Magistrate Judge Michael Orenstein for a hearing.

At a Fed. R. Civ. P. 55 hearing on December 14, 2009, Judge Orenstein determined that this case was related to several other matters pending before this Court and United States Magistrate Judge William D. Wall. In light of the related case rule, Judge Orenstein requested that this case be reassigned. On January 5, 2010, the case was reassigned to this Court and Judge Wall.

After an initial conference date was adjourned, Judge Wall held a status conference on March 25, 2010. Firstrust never appeared for the conference. As a result, Judge Wall instructed Firstrust's counsel to "confer with [Defendant Keramis's counsel] and Mr. Reimer, and then inform the court whether [Firstrust] wishes 1) to withdraw its motion for a default and commence discovery or 2) to proceed with the default motion." Docket No. 19. Firstrust has yet to respond to Judge Wall's directive.

Having failed to follow Judge Wall's instructions, counsel for Firstrust is directed to inform the Court, in writing, by August 31, 2010, why an order should not be entered dismissing this action for failure to prosecute under Fed. R. Civ. P. 41(b).

**SO ORDERED.**

Dated: Central Islip, New York
August 24, 2010

*/s/ Arthur D. Spatt*
Arthur D. Spatt
United States District Judge
